

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00132-CV

| | | |
|---|---|---|
| JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, A MINOR, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-313745-19) |
| V. | § | January 21, 2021 |
| HURST-EULESS-BEDFORD INDEPENDENT SCHOOL DISTRICT, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. We affirm the trial court's order granting the plea to the jurisdiction.

It is further ordered that appellant Jane Doe, Individually and as Next Friend of John Doe, A Minor, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker